Opinion issued May 5,
2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-01091-CV

———————————

Stanley Tener, Appellant

V.

Sézanne Arlitt, Appellee



 



 

On Appeal from the 310th District
Court

Harris County, Texas



Trial Court Case No. 2007-53880

 



 

 

MEMORANDUM O P I N I O N

Appellant Stanley Tener has neither established
indigence, nor paid, or made arrangements to pay, the fee for preparing the
clerk=s
record.  See Tex. R. App. P. 20.1 (listing
requirements for establishing indigence), 37.3(b) (allowing dismissal of appeal
if no clerk’s record filed due to appellant’s fault).  After being notified that this appeal was
subject to dismissal, appellant did not adequately respond.  See Tex.
R. App. P. 42.3 (allowing involuntary dismissal).

          We
dismiss the appeal for want of prosecution.

 

PER CURIAM

 

Panel consists of Chief Justice Radack
and Justices Sharp and Brown.